IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA J. TILLERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv975-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for an extension of time to file her brief (doc. # 13). Upon consideration of the motion and for good cause, it is

ORDERED that the plaintiff's motion for an extension of time to file her brief (doc. # 13) be and is hereby GRANTED. The plaintiff's deadline for filing her brief be and is hereby EXTENDED from March 10, 2008 until April 9, 2008. It is further

ORDERED that the defendant's deadline for filing his brief be and is hereby EXTENDED accordingly.

Done this 18th day of March, 2008.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE