IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA J. TILLERY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:07cv975-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file his brief (doc. # 18). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 18) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from May 29, 2008 until June 30, 2008.

Done this 29th day of May, 2008.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE