IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA TILLERY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:07CV975-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Now pending before the court is the July 8, 2008, motion for leave to file a reply brief (doc. # 22) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 10th day of July, 2008.

                                                /s/Charles S. Coody
                                         CHARLES S. COODY
                                         UNITED STATES MAGISTRATE JUDGE